FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0135

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0135

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

JESSIE AARON SCHULZ,

  Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2020